# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4515

_____

ANGELA M. MOSLEY,

Appellant,

v.

REBECCAH BELLER, as Personal
Representative of the Estate of
Mark G. Robbins,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

June 13, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Daniel A. Iracki, Aaron Sprague, Howard C. Coker, and Janeen M. Kirch of Coker Law, Jacksonville; Bryan S. Gowdy and Daniel Mahfood of Creed & Gowdy, P.A., Jacksonville, for Appellant.

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee.